IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **ANTHONY L. WARD #28774-001** | **PETITIONER** |
| vs. | CIVIL ACTION No.: 3:23-CV-370-HTW-LGI |
| **WARDEN BAYSORE** | **RESPONDENT** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket no. 10]**. In her Report and Recommendation, filed May 29, 2024, Magistrate Judge Isaac recommended that Pro Se Petitioner Anthony L. Ward's petition for writ of habeas corpus be denied and this matter be dismissed with prejudice. Magistrate Judge Isaac directed the parties to file any objections to her recommendation within fourteen (14) days.

On June 17, 2024, Petitioner Ward filed his Objection to the Magistrate Judge's recommendation [Docket no. 11]. By way of his filed Objection, Petitioner contends that the Magistrate Judge erred in finding that the Bureau of Prisons' presentence time credit calculation was correct. This court, however, agrees with the Magistrate Judge, and finds that the BOP applied the proper presentence time credit, i.e., the time served between the expiration of Petitioner's revocation sentence and commencement of his new sentence.

Accordingly, this court holds that the findings and recommendation contained in the Report and Recommendation **[Docket no. 10]**, are well-taken. Magistrate Judge Isaac carefully considered the submissions of the parties, the record, and relevant law, and crafted a well-versed Report and Recommendation. Therefore, this court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

IT IS THEREFORE ORDERED THAT the Petitioner Anthony L. Ward's Writ of Habeas Corpus [Docket no. 1] hereby is **DISMISSED** with prejudice.

**SO ORDERED this the 31st day of October, 2024.**

                                              **/s/HENRY T. WINGATE**
                                              **UNITED STATES DISTRICT COURT JUDGE**